DANIEL I. HALIMI (SBN: 302872)
**HALIMI LAW FIRM**
1455 Frazee Rd., Suite 500
San Diego, California 92108
(855) 453-2946
daniel@halimilawfirm.com

Attorney for Plaintiff Jack Stanbury

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK STANBURY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.:  3:21-cv-01922-SK<br><br>**PLAINTIFF JACK STANBURY'S CASE MANAGEMENT STATEMENT**<br><br>Hearing Date:  6/21/2021<br>Hearing Time:  1:30 p.m.<br>Judge:          Hon. Sallie Kim |

Plaintiff Jack Stanbury submits the following Case Management Statement.

///

///

///

## 1. JURISDICTION

This Court has diversity jurisdiction over this matter under 28 U.S.C., §1332 because the amount in controversy is more than $75,000.00, because Plaintiff Jack Stanbury is a citizen of a foreign state (a United Kingdom citizen residing in Spain), and because, based on information and belief, the Defendants are citizens of the United States.

Venue is proper in the United States District Court for the Northern District of California under 28 U.S.C. § 1391(b) because Coinbase, Inc., through which a substantial part of the events giving rise to the claim occurred and which holds much of the evidence in this matter, is located in the Northern District of California.

## 2. SERVICE

This case is initiated against Defendants currently unknown who are believed to reside in the United States (the "Unknown Defendants"). The identity of the Unknown Defendants is currently only known to Coinbase, Inc. – where the Unknown Defendants held accounts and through which the Unknown Defendants stole Plaintiff's assets.

Plaintiff and his counsel have informally and formally attempted to identify the Unknown Defendants through Coinbase, Inc. Initially, Coinbase indicated that it would cooperate with the Plaintiff upon receipt of a subpoena. Plaintiff issued a subpoena to Coinbase seeking the identity of the Unknown Defendants on April 17, 2021 and on May 7, 2021.

Coinbase has since refused to respond to the subpoena because a Rule 26(f) conference has not yet taken place. Yet, without a response to the subpoena, the Unknown Defendants cannot be identified for service of the summons. Plaintiff requests that this Court permit service of the subpoena under FRCP Rule 26(d)(1). If the Court prefers, Plaintiff will submit a separate application for the same.

///

///

### 3. FACTS AND LEGAL ISSUES

This case concerns the conversion of Plaintiff's Bitcoin cryptocurrency currently worth approximately $1,560,621.54. The Unknown Defendants who converted Plaintiff's assets transferred the stolen assets to their own accounts at Coinbase. Plaintiff seeks to uncover the identity of the Unknown Defendants and will amend the Complaint to name the Unknown Defendants once their identity is discovered through Coinbase.

### 4. MOTIONS

Plaintiff anticipates filing a motion to conduct early discovery under FRCP Rule 26(d)(1).

### 5. AMENDING THE COMPLAINT

Plaintiff anticipates amended the complaint once Plaintiff discovery the identity of the Unknown Defendants.

### 6. EVIDENCE PRESERVATION

The submitting party, Jack Stanbury, has reviewed the Guidelines for the Discovery of Electronically Stored Information.

### 7. INITIAL DISCLOSURES

The parties have no yet sent each other Initial Disclosures. Plaintiff anticipates exchanging Initial Disclosures once the Unknown Defendants are identified and named in an amended complaint.

### 8. DISCOVERY

Plaintiff will seek to discover the identity of the Unknown Defendants via subpoena to Coinbase and also seek information as to the receipt of assets stolen from the Plaintiff.

### 9. CLASS ACTION

Not applicable.

### 10. RELATED CASES

Plaintiff is not aware of any related cases.

## 11. RELIEF SOUGHT

Plaintiff seek compensatory damages for the value of assets the Unknown Defendants converted from Plaintiff's account.

## 12. SETTLEMENT AND ALTERNATIVE DISPUTE RESOLUTIONS

The parties have not tried to settle the case. Plaintiff anticipates settlement discussion will begin once the Unknown Defendants are identified are served.

## 13. CONSENT TO HAVE A MAGISTRATE JUDGE HEAR THE CASE

Plaintiff has consented to a magistrate judge.

## 14. NARROWING OF ISSUES, CLAIMS, OR DEFENSES

Not applicable.

## 15. EXPEDITATED TRIAL PROCEDURE

Not applicable.

## 16. SCHEDULING

Plaintiff agrees to have the Court set deadlines.

## 17. TRIAL

Plaintiff anticipates a three-day trial by a judge.

## 18. DISCLOSURE OF NON-PARTY INTERESTED PERSONS OR ENTITIES

None.

## 19. OTHER MATTERS

None.

DATED: June 18, 2021                               **HALIMI LAW FIRM**

By: _____
Daniel I. Halimi
Attorney for Plaintiff Jack Stanbury